IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| GENERAL MILLS, INC. § § Plaintiff § § v. § § IDAHOAN FOODS, LLC § § Defendant. § | Civil Action No. 0:10-cv-03000-JNE-AJB |

**JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant Idahoan Foods, LLC ("Defendant") hereby requests that the Court extend its deadline to file an answer to December 14, 2010.  Defendant's counsel has conferred with counsel for General Mills, Inc. ("Plaintiff" or "General Mills") and obtained consent for this extension.  The parties do not request a hearing on this motion.  In support of this Joint Motion, the parties state:

1. Defendant was served in this case on November 9, 2010.  Defendant's answer is due on November 30, 2010.

2. Defendant requests that the Court extend its deadline to file an answer until December 14, 2010.

3. This motion has been filed prior to the expiration of Defendant's deadline to answer.

4. Counsel for Defendant has conferred with counsel for Plaintiff regarding the relief requested in this Motion.  Counsel for Plaintiff has agreed to the proposed

90275894.1

extension. Counsel for Defendant is not admitted in the District, and Defendant has not retained local counsel, so Counsel for Plaintiff is filing this Motion.

5. The parties have agreed on settlement terms and are exchanging settlement documents. This extension request is sought to allow the parties time to complete the execution of the settlement documents and is not sought for purposes of delay.

THEREFORE, for good cause shown, Defendant and Plaintiff respectfully request that the Court grant this Joint Unopposed Motion extending the deadline for Defendant to file its answer.

    Respectfully submitted,

    s/Timothy M. Kenny
    Timothy M. Kenny (No. 247716)
    Laura J. Borst (No. 032548X)
    FULBRIGHT & JAWORSKI L.L.P.
    2100 IDS Center
    80 South Eighth Street
    Minneapolis, MN 55402-2112
    (612) 321 2800
    (612) 321 2288 – Facsimile

    Richard J. Groos
    FULBRIGHT & JAWORSKI L.L.P.
    600 Congress Avenue, Suite 1900
    Austin, Texas  78701
    (512) 474-5201
    (512) 536-4598– Facsimile
    **ATTORNEYS FOR PLAINTIFF**

    s/Preston C. Regehr
    Preston C. Regehr
    TechLaw Ventures, PLLC
    333 South 520 West, Suite 220
    Lindon, UT 84042
    **ATTORNEY FOR DEFENDANT**