IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| GENERAL MILLS, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 0:10-cv-03000-JNE-AJB |
| IDAHOAN FOODS, LLC, | § § § | |
| Defendant. | § | |

# NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff General Mills hereby dismisses all claims in the above-entitled action against Defendant Idahoan Foods, LLC, with prejudice, and without an award of costs to any party.

Respectfully submitted,

Dated: December 14, 2010

s/Timothy M. Kenny
Timothy M. Kenny (No. 247716)
Laura J. Borst (No. 032548X)
FULBRIGHT & JAWORSKI L.L.P.
2100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2112
(612) 321 2800
(612) 321 2288 – Facsimile

Richard J. Groos
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 1900
Austin, Texas 78701
(512) 474-5201
(512) 536-4598– Facsimile
**ATTORNEYS FOR PLAINTIFF**

90295088.1